[No. 6152-1. Division One. July 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD GAY MAIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79403, Lloyd W. Bever, J., entered November 10, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by James and Andersen, JJ.

[No. 6233-1. Division One. July 16, 1979.]

MICHAEL J. ALLEN, *Appellant,* v. VERNON W. TOWNE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 835872, H. Joseph Coleman, J., entered December 16, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson, A.C.J., and Ringold, J.

[No. 6324-1. Division One. July 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD P. CLEPPE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81642, Warren Chan, J., entered February 8, 1978. *Reversed* by unpublished opinion per Farris, J., concurred in by Williams and Ringold, JJ.